## CAUSE NO. 43,727-B

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF GREGG COUNTY, TEXAS** |
| | § | |
| **GANELLE LEATRICE CLARK** | § | **124TH JUDICIAL DISTRICT** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/22/2016 8:51:10 AM
DEBRA AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that the Defendant, GANELLE LEATRICE CLARK, appeals this case

to the Sixth Court of Appeals in Texarkana.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 3585
Longview, TX 75606
Tel. (430) 558-0053
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

BY:   /s/ Jonathan Wharton

      JONATHAN WHARTON
      STATE BAR NO. 24075764
      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the \_\_\_\_20\_\_\_ day of \_\_\_\_June\_\_\_\_, 2016.

      /s/ Jonathan Wharton

      JONATHAN WHARTON

**CAUSE NO. 43,727-B**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF GREGG COUNTY, TEXAS |
| | § | |
| GANELLE LEATRICE CLARK | § | 124TH JUDICIAL DISTRICT |

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GANELLE LEATRICE CLARK, Defendant, and moves the court to grant her a new trial for the following reasons:

### I.

The Defendant pled guilty to the state jail felony offense of possession of a controlled substance and was placed on a deferred adjudication. On April 28, 2016, she was adjudicated guilty and sentenced to twelve months confinement in the state jail. She has no previous convictions, and her adjudication was based on failure to comply with the requirements of probation, not any new offense or drug use.

### II.

The prosecution argued for a substantial prison sentence on the premise that the Defendant is a drug user in denial. The Defendant has been drug tested periodically for work, though, and those tests will show that she is not a drug user. The test results are not in her possession but are in the possession of third parties. That newly-discovered evidence is grounds for a new trial. It was also ineffective assistance of her trial counsel to fail to present that material evidence to the Court.

**WHEREFORE, PREMISES CONSIDERED**: Defendant requests that this Court grant her a new trial in this case.

Respectfully submitted,

By: /s/ Jonathan Wharton
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
JONATHAN WHARTON
Attorney for Defendant
State Bar No. 24075764
P.O. Box 3585
Longview, TX 75606
Tel. 430-558-0053
Fax 903-900-4727

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on the District Attorney's Office, Gregg County Courthouse, 101 E. Methvin, Suite 333, Longview, TX 75605, on this the ___19___ day of ____May____, 2016.

/s/ Jonathan Wharton
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
JONATHAN WHARTON

## CAUSE NO. 43,727-B

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF GREGG COUNTY, TEXAS** |
| | § | |
| **GANELLE LEATRICE CLARK** | § | **124TH JUDICIAL DISTRICT** |

## MOTION TO SET APPEAL BOND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GANELLE LEATRICE CLARK, Defendant, and moves the court to set an appeal bond in said cause for the following reasons:

### I.

The Defendant is incarcerated in the Gregg County Jail.

### II.

The Defendant pled guilty to the state jail felony offense of possession of a controlled substance and was placed on a deferred adjudication. On April 28, 2016, she was adjudicated guilty and sentenced to twelve months confinement in the state jail.

### III.

Pending an appeal from a felony sentence of less than ten years, the Defendant must remain released on existing bail unless "there then exists good cause to believe that the defendant would not appear when his conviction became final or is likely to commit another offense while on bail." *See* Tex. Code of Crim. Proc., Art. 44.04(c).

**WHEREFORE, PREMISES CONSIDERED**: Defendant requests that this Court release the Defendant on bail in an amount that is reasonable considering the charge and her circumstances.

Respectfully submitted,

By:    <u>/s/ Jonathan Wharton</u>

JONATHAN WHARTON
Attorney for Defendant
State Bar No. 24075764
P.O. Box 3585
Longview, TX 75606
Tel. 430-558-0053
Fax 903-900-4727

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document was served on the District Attorney's Office, Gregg County Courthouse, 101 E. Methvin, Suite 333, Longview, TX 75605, on this the ___19___ day of ___May___, 2016.

<u> /s/ Jonathan Wharton     </u>
JONATHAN WHARTON

CAUSE NO. 43,727-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF GREGG COUNTY, TEXAS |
| | § | |
| GANELLE LEATRICE CLARK | § | 124TH JUDICIAL DISTRICT |

## DESIGNATION OF RECORD

TO THE HONORABLE COURT:

COMES NOW GANELLE LEATRICE CLARK, Defendant in this case, and pursuant to

Tex. R. App. Pro. § 34.6(b), designates the following portions of the Reporter's Record for appeal:

The entirety of the hearing on April 28, 2015.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the

Court Reporter forward the aforementioned materials to the Sixth Court of Appeals in Texarkana.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 3585
Longview, TX 75606
Tel. (430) 558-0053
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

BY: /s/ Jonathan Wharton

JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the __20__ day of ___June___, 2016.

/s/ Jonathan Wharton

JONATHAN WHARTON

## CAUSE NO. 43,727-B

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF GREGG COUNTY, TEXAS** |
| | § | |
| **GANELLE LEATRICE CLARK** | § | **124TH JUDICIAL DISTRICT** |

### DESIGNATION OF RECORD

TO THE HONORABLE COURT:

COMES NOW GANELLE LEATRICE CLARK, Defendant in this case, and pursuant to

Tex. R. App. Pro. § 34.5(b), designates the following portions of the Clerk's Record for appeal:

The items listed in Tex. R. App. Pr. § 34.5(a).

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the

District Clerk forward the aforementioned materials to the Sixth Court of Appeals in Texarkana.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 3585
Longview, TX 75606
Tel. (430) 558-0053
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

BY: /s/ Jonathan Wharton

JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the __20__ day of __June__, 2016.

/s/ Jonathan Wharton

JONATHAN WHARTON